**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|        Plaintiff, ) | CR08-50037-001-PCT-MEA |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Phillip T. Yazzie, ) | |
|        Defendant. ) | |
| ) | |

      The defendant appeared in court and admitted to violating his conditions of probation as alleged in the Petition to Revoke Supervised Probation.

      IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

      IT IS FURTHER ORDERED that the defendant is hereby remanded to the custody of the Bureau of Prisons for the term of **TWO (2) DAYS,** to be released on Sunday, February 1, 2009 at 4:00 p.m.

      IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail.

      DATED this 30th day of January, 2009.

_____
Mark E. Aspey
United States Magistrate Judge